**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MOSES SMITH, GREAT OLATHE CENTER, LLC, VANTRUST REAL ESTATE, LLC and MC REALTY GROUP, LLC, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:17-cv-02282-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW plaintiff and, pursuant to FRCP Rule 55, moves the Court for the entry of default judgment herein.

Plaintiff submits its memorandum in support of motion for default judgment concurrently herewith.

> /s/Scott J. Gunderson
> Scott J. Gunderson, SC#10308
> NELSON, GUNDERSON & LACEY
> 1861 N. Rock Road, Ste. 211
> Wichita, Kansas 67206
> Telephone: (316) 618-3800
> Facsimile: (316) 618-3900
> E-mail: sjg@nelsongunderson.com
> *Counsel for plaintiff*