# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MOSES SMITH, GREAT OLATHE CENTER, LLC, VANTRUST REAL ESTATE, LLC, AND MC REALTY GROUP, LLC,**<br><br>      **Defendants.** | **Case No. 17-2282-JAR-GEB** |

## DEFAULT JUDGMENT

Before the Court is Plaintiff Philadelphia Indemnity Insurance Company's Motion for Default Judgment (Doc. 14), filed on September 15, 2017. On September 25, 2017, the Clerk entered default under Fed. R. Civ. P. 55(a) against Defendants Moses Smith, Great Olathe Center, LLC, Vantrust Real Estate, LLC, and MC Realty Group, LLC on the basis that they have been served, but failed to plead or otherwise defend.

Since that time, Defendants have not sought relief from the entry of default or otherwise attempted to participate in this litigation. Taking the allegations in the Complaint as true since Defendants are deemed to have admitted such allegations by failing to respond to the Complaint, the Court has jurisdiction over Defendants. Further, Plaintiff is entitled to a declaration that there is no coverage under the policy of insurance, which Plaintiff issued to Defendants Great Olathe and Vantrust for the mold-related personal injury claims of Defendant Moses Smith. Pursuant to 28 U.S.C. § 2201, Plaintiff is entitled to and the Court hereby declares that there is no coverage under the subject insurance policy for the mold-related personal injury claims of Moses Smith and that, as a result, Plaintiff has no obligation to defend Great Olathe or Vantrust

in any such litigation initiated or to be initiated by Moses Smith.  The Court finds that a hearing on the matter, under Fed. R. Civ. P. 55(b)(2), is not necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff Philadelphia Indemnity Insurance Company's Motion for Default Judgment (Doc. 14) is **granted**.  Default judgment is hereby entered in favor of Plaintiff and against Defendants as set forth above.

**IT IS SO ORDERED.**

Dated: October 19, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE